**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**MYRON C. FRANKLIN,**

***Plaintiff*,**

**v.** **Case No.: 5:26cv241-MW/MJF**

**GLENN HANCOCK, et al.,**

***Defendants*.**
_______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation

history." The Clerk shall close the file.

**SO ORDERED on September 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**